OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 AUG. 25. 2015

8/19/2015
EDWARDS, JACKIE GLENN  Tr. Ct. No. 644224-C          WR-58,936-03
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



JACKIE GLENN EDWARDS
GURNEY UNIT - TDC #667881
1385 FM 3328
PO BOX 6400
TENNESSEE COLONY, TX  75861

U TF

3N3i 75861